UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BRENDA A. DOUCET                         CIVIL ACTION NO. 6:10-cv-0765

VERSUS                                   JUDGE MELANÇON

SOCIAL SECURITY                          MAGISTRATE JUDGE HANNA
ADMINISTRATION

**<u>JUDGMENT</u>**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. [Rec. Doc. 26]. Accordingly, it is therefore

**ORDERED** that the Commissioner's decision is **AFFIRMED**.

Thus done and signed in Lafayette, Louisiana, this 14th day of October, 2011.

.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE