UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRENDA A. DOUCET | CIVIL ACTION NO. 6:10-cv-0765 |
| VERSUS | JUDGE MELANÇON |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. [Rec. Doc. 26]. Accordingly, it is therefore

**ORDERED** that the Commissioner's decision is **AFFIRMED**.

Thus done and signed in Lafayette, Louisiana, this 14th day of October, 2011.

.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE